IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CV-00380-M

| | |
|---|---|
| WILLIAM YORK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| PATEL EDUCATIONAL SERVICES, INC., | ) |
| d/b/a Prep Expert, f/k/a 2400 Expert, | ) |
| | ) |
| Defendant. | ) |

This matter comes before the court on the Joint Motion for Court-Hosted Settlement Conference and to Stay Proceedings Pending the Settlement Conference [DE 27]. In accordance with Local ADR Rule 101.2(a), the parties' request for a court-hosted settlement conference is GRANTED. The Clerk of the Court shall refer the matter to Magistrate Judge Robert B. Jones, Jr.

In addition, the court finds the parties demonstrate good cause for their request to stay the proceedings of this case pending completion of the settlement conference. Thus, pursuant to Fed. R. Civ. P. 26(c), the court also GRANTS the motion to stay. The parties shall file a joint status report within ten days after the settlement conference informing the court of the status (not substance) of any settlement negotiations.

SO ORDERED this 28th day of April, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE